**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Lewis IVORY, a.k.a. Black Mike, Defendant–Appellant.**

No. 04–12576.

United States Court of Appeals,
Eleventh Circuit.

Oct. 11, 2006.

Raymond L. Johnson, Jr., Kittren Jay Walker, Birmingham, AL, for Defendant–Appellant.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Before ANDERSON and DUBINA, Circuit Judges, and VINSON,* District Judge.

PER CURIAM:

After oral argument and careful consideration, we conclude that the judgment of the district court should be affirmed for the reasons fully discussed at oral argument.[1]

**AFFIRMED.**

---

* Honorable C. Roger Vinson, United States District Judge for the Northern District of Florida, sitting by designation.

---

1. We decline to address the ineffective assistance of counsel claim on this direct appeal.